Alonzo **JOHNSON,** Appellant,

v.

**UNITED STATES of America.**
No. 15959.

United States Court of Appeals
Eighth Circuit.

Feb. 12, 1958.

Scott Heuer, Jr., St. Louis Mo., for appellant.

Harry Richards, U. S. Atty., and Robert C. Tucker, Asst. U. S. Atty., St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed for want of prosecution, on motion of appellee.

---

**DELTA TANK MANUFACTURING COMPANY, Inc., and General Accident Fire and Life Assurance Corp., Ltd.,** Appellants,

v.

**THE WEATHERHEAD COMPANY,** Appellee.
No. 13337.

United States Court of Appeals
Sixth Circuit.

April 23, 1958.

John F. Naulty, Philadelphia, Pa., Donald M. Marshman, Cleveland, Ohio, for appellants.

McConnell, Blackmore, Cory & Burke, Cleveland, Ohio, for appellee.

Before MARTIN, McALLISTER and STEWART, Circuit Judges.

PER CURIAM.

In this court action for damages for breach of implied warranty of fitness of a defective gas regulator, sold by appellee to one of the appellants, namely Delta Tank Manufacturing Company, Inc., judgment was awarded the defendant, now appellee. District Judge Weick wrote a clear-cut, logical opinion, D.C., 150 F.Supp. 525, with citations of controlling authorities, which was adopted by him as findings of fact and conclusions of law as was permissible under the Rules of Civil Procedure, 28 U.S.C.A.

We are in accord with Judge Weick's opinion, which, in our judgment, correctly decided the case upon the grounds given and the authorities cited. The judgment of the district court is, therefore, affirmed.

---

**Salvatore PIERI and Michael Erra,** Appellants,

v.

**UNITED STATES of America,** Appellee.
No. 13340.

United States Court of Appeals
Sixth Circuit.

April 22, 1958.

Wm. D. O'Neill, Nathan D. Seeberg, Buffalo, N. Y., for appellants.

Sumner Canary, U. S. Atty., Cleveland, Ohio, for appellee.

Before SIMONS, Chief Judge, and McALLISTER and MILLER, Circuit Judges.

PER CURIAM.

This appeal being called for argument, and counsel for the appellants not appearing in person or by the filing of a brief as required by the order of this court entered on February 13, 1958;

It is ordered that the appeal be and it is dismissed for lack of prosecution.